**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Gloria Hector,<br><br>            Plaintiff,<br><br>v.<br><br>Comenity LLC; and DOES 1-10, inclusive,<br><br>            Defendants. | Civil Action No.: 1:14-cv-10008-NMG |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 21, 2014

                                                Respectfully submitted,

                                                PLAINTIFF, Gloria Hector

                                                /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq.
                                                B.B.O. No.: 650671
                                                **LEMBERG LAW, L.L.C.**
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile: (203) 653-3424
                                                slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

David M. Bizar, Esq.
Anne V. Dunne, Esq.
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

                                              By /s/ Sergei Lemberg
                                                     Sergei Lemberg