**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| GLORIA HECTOR | ) | |
|     Plaintiff, | ) | CIVIL ACTION NO. 1:14-cv-10008 |
| v. | ) | |
| COMENITY, LLC; and DOES 1-10 Inclusive | ) | |
|     Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff GLORIA HECTOR, ("Plaintiff") and Defendant COMENITY, LLC., through their respective counsels of record, hereby file this Stipulation to Dismiss the above-entitled action, in its entirety, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

Each party to bear their own costs and expenses.

**SO STIPULATED.**

\\\
\\\
\\\

DATED:  October 17, 2014    Respectfully submitted,

 /s/ Sergei Lemberg
Sergei Lemberg (BBO No. 650671)
slemberg@lembertlaw.com
LEMBERG LAW, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(855) 301-2100
*Counsel for Plaintiff, GLORIA HECTOR*

DATED:  October 17, 2014    Respectfully submitted,

 /s/ David M. Bizar
David M. Bizar (BBO No. 566795)
dbizar@seyfarth.com
Anne V. Dunne (BBO No. 681893)
adunne@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts  02210
(617) 946-4800
*Counsel for Defendant, COMENITY LLC*